**GEORGE F. KLINK**
**714 North 3rd Street**
**Suite #4**
**Phoenix, AZ 85004**
**(602) 253-3889**
**E-mail: george@klinkazlaw.com**
**State Bar #004057**
**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　vs.<br>Herman Leroy Green, III,<br>　　　　Defendant. | No.: CR-18-01665-001-PHX-DLR<br><br>Motion to Release the Defendant from the Bureau of Prisons Custody<br>(Accelerated Hearing Requested) |

　　　Defendant, through counsel undersigned, moves this court for an order directing the defendants release from the Bureau of Prisons. This Motion is made due to the current national emergency. The accompanying Memorandum is attached hereto and incorporated herein in support for the relief requested.

　　　Respectfully submitted this 17th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　/s/ George F. Klink
　　　　　　　　　　　　　　　　　　　　George F. Klink
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

1

# **MEMORANDUM**

**FACTS:** This court sentenced Mr. Green to serve a sentence of 12 months and one day for his offense of conviction. Mr. Green reported to his designated Bureau of Prisons facility at MCC San Diego in February as directed. No one at that time could have foreseen the current pandemic's threat to the health and safety of the entire population of this country, much less the extraordinary life-threatening dangers to many vulnerable members of our communities.

Herman Green III is one of those vulnerable members. Notwithstanding paragraph 7 of the presentence report describing Herman as being in "good physical health" and "not taking prescribed medication," Mr. Green had numerous visits to medical facilities (Urgent Care, Family Practitioners and the like). His medical records reveal back pain from a 2018 automobile accident.

His records further describe the following serious medical conditions:

1. Morbid Obesity (380-400 lbs.) (B.M.I. 60-69.9)
2. High Blood Pressure
3. Medical history of "Swollen Lymph Nodes"
4. Daily Smoker
5. Positive for strep throat on October 19, 2019
6. History of allergies.

This week counsel learned that Mr. Green is currently receiving medication for high blood pressure. However, his blood pressure has not been checked for about a month. Additionally, due to his lifelong problem with allergies he has an inhaler which provides some relief.

Mr. Green's unmonitored blood pressure, his smoking history, his chronic allergies requiring an inhaler, and his morbid obesity put him in a high risk category for contracting the COVID-19 virus and threatens his survival should that unfortunate event occur. Morbid obesity, as described in a December 29, 2017 article from Medical News Today, is "when a Person has extreme amounts of body fat and a Body Mass index or BMI greater than 35."  Mr. Green's Obesity places him at a higher risk of diabetes, stroke, heart disease, high blood pressure, arthritis, and cancer.  It should be no surprise to anyone that he is, therefore, at high risk for becoming a victim of this pandemic.

Mr. Green's Physical confinement make the distancing requirements impossible to follow.  He resides in a smaill 3-person cell with a sink and a toilet. It is impossible to stay apart from his cell mate by 6 feet, day or nite.  The present confinement is lockdown.  Inmates are brought food by staff.  They are allowed 3 showers a week in a communal setting.  In addition to the beds, the cell has one toilet and one sink.  Counsel has been advised that the current lockdown extends until May 18.

Mr. Green has asked prison staff for guidance on obtaining a possibility of an early release.  He indicates that he has been told to talk to his lawyer, but no guidance has been offered.  Hence, the necessity for this motion.

**AUTHORITY:**   This motion is brought in accordance with 18 U.S.C. § 3582(c)(1)(A).  The relief sought here is extraordinary and compelling and justified by the statute.  It requires this court's immediate attention.  The inmate indicates he is in lockdown and getting no help or encouragement from prison authorities regarding seeking alternatives to his current custodial situation.  Lockdown is in place for at least another month.  The life-threatening  health dangers to Mr. Green are real and present dangers.

3

Exhaustion of remedies will be futile. The remedies available expose inmates who are not high-risk offenders to continued threat to health in a life-threatening way.

Mr. Green's circumstances continue to threaten his well-being. He faces a clear and present danger. Today the Bureau of Prisons reported the following: "there are **465 federal inmates** and **296 BOP staff** who have confirmed positive test results for COVID-19 nationwide." and "There have been **18** federal inmate deaths and **0** BOP staff member deaths attributed to COVID-19 disease." [1]

The threat is real, danger is ever-present. An administrative process which is nonresponsive ("call your lawyer") or a response with, in some cases "we'll let you know" is meaningless. The only hope the inmate has is the judicial relief authorized in the statute 18 U.S.C. § 3582(c)(1)(A). Time is of the essence.

Administrative remedies, in this instance, are inadequate, futile and as a practical matter unavailable in this pandemic circumstance which no one could have foreseen. The defendant is suffering irreparable harm. *Sims v. Apfel, 530 U.S. 103 (2000)(Dissent)*.

**RELIEF REQUESTED:** This nation's prisons provide an incubator for this pandemic. The danger is real. If not immediately released Mr. Green's health continues to be in imminent danger. We who work in this court know the true risk of this pandemic to us and our community given the extraordinary shutdown measures imposed. Mr. Green is at significantly greater risk. A grant of compassionate release or other alternative that releases the defendant to return to his wife and children would reduce that risk substantially.

While not every compassionate release may be appropriate, this request should be one that merits the court's approval. The presentence report characterized

---

[1] https://www.bop.gov/coronavirus/index.jsp BOP.GOV (4/17/2020)

Mr. Green as one who was a "good candidate for voluntary surrender" and **not** as a danger to the community. (PRESENTENCE REPT. pg. 18) Mr. Green asks that the court enter an order forthwith allowing him to return home to reside with his wife and children.

Finally, it is noteworthy that the client informed undersigned counsel today that his mother has informed him that his father/codefendant, Herman Green Jr., is due to be released at the end of this month.

Respectfully submitted this 17th day of April 2020.


     /s/ George F. Klink
George F. Klink
Attorney for Defendant


I hereby certify that on April 17, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF participants:

Hon. Douglas L. Rayes
United States District Court
401 West Washington Street
Phoenix, AZ 85003
rayes_chambers@azd.uscourts.gov


M. Bridget Minder
Assistant U.S. Attorney
District of Arizona
Mary.Minder@usdoj.gov

5

Copy Mailed to:

Herman Green III
MCC SAN DIEGO
METROPOLITAN CORRECTIONAL CENTER
808 UNION STREET
SAN DIEGO, CA  92101

/s/ George F. Klink